# United States Bankruptcy Court
## District of Delaware

## INVOLUNTARY PETITION

| | |
|---|---|
| IN RE (Name of Debtor - If individual: Last, First, Middle)<br>**Metamorphix, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(if more than one, state all.)<br>**52-1923417** | |

| | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**8000 Virginia Manor Road,<br>Beltsville, Maryland 20705<br>Attn: Dr. Edwin Quattl** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**Paul M. Nussbaum, Esq.<br>Whiteford Taylor Preston<br>Seven Saint Paul Street<br>Baltimore, MD** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **Delaware**<br><br>ZIP CODE **ebaum** | ZIP CODE<br>**21202-1636** |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**Beltsville, Maryland**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7          ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| **Nature of Debts**<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | **Nature of Business**<br>(Check **one** box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
## OR AFFILIATE OF THIS DEBTOR  (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | **COURT USE ONLY** |
|---|---|

1. ☑  Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☑  The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑  The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

b. ☐  Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor    **Metamorphix, Inc.**

Case No.  **09-**

---

## TRANSFER OF CLAIM

☐  Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| X _____ <br> Signature of Petitioner or Representative  (State title) | X _____ <br> Signature of Attorney                          Date |
| **Masmidim Shesa Chaim** | **Olshan Grundman Frome Rosenzweig** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity    **Aron Knoffler** <br><br> **800 Bedford Ave** <br> **Brooklyn, NY 11205** | **65 East 55th Street** <br> **New York, New York 10022** <br> **Attn: Michael S. Fox, Esq.** <br> Address <br><br> **212-451-2300** <br> Telephone No. |
| X _____ <br> Signature of Petitioner or Representative  (State title) | X _____ <br> Signature of Attorney                          Date |
| **Kurt B. Schneiter**                        1/13/10 | **Olshan Grundman Frome Rosenzweig** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity    **Kurt B. Schneiter** <br><br> **3633 E. Broadway, Ste 100** <br> **Long Beach, CA 90803** | **65 East 55th Street** <br> **New York, New York 10022** <br> **Attn: Michael S. Fox, Esq.** <br> Address <br><br> **212-451-2300** <br> Telephone No. |
| X _____ <br> Signature of Petitioner or Representative  (State title) | X _____ <br> Signature of Attorney                          Date |
| **Brio Capital, LP** | **Olshan Grundman Frome Rosenzweig** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity    **Shaye Hirsch** <br><br> **401 East 34th Street, Ste S 33C** <br> **New York, New York 10016** | **65 East 55th Street** <br> **New York, New York 10022** <br> **Attn: Michael S. Fox, Esq.** <br> Address <br><br> **212-451-2300** <br> Telephone No. |

<u>5</u>  Continuation sheets attached

B5 (Official Form 5) (12/07) – Page **2**

Name of Debtor   **Metamorphix, Inc.**

Case No. **09-**

| TRANSFER OF CLAIM |
| --- |

☐  Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
| --- |

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

---

x _____
Signature of Petitioner or Representative  (State title)

**Dan Donnell**

Name of Petitioner                          Date Signed

Name & Mailing          **Dan Donnell**
Address of Individual
Signing in Representative   **3241 Polley Road**
                            **Columbus, OH 43221**
Capacity

x _____ Date
Signature of Attorney

**Olshan Grundman Frome Rosenzweig**

Name of Attorney Firm (If any)

**65 East 55th Street**
**New York, New York 10022**
**Attn: Michael S. Fox, Esq.**
Address

**212-451-2300**

Telephone No.

---

x _____
Signature of Petitioner or Representative  (State title)

**Gunther 93 Family Trust**               **1-25-10**

Name of Petitioner                          Date Signed

Name & Mailing          **Donald Gunther**
Address of Individual
Signing in Representative   **9766 bent Grass Bend**
                            **Naples, FL 34108**
Capacity

x _____ Date
Signature of Attorney

**Olshan Grundman Frome Rosenzweig**

Name of Attorney Firm (If any)

**65 East 55th Street**
**New York, New York 10022**
**Attn: Michael S. Fox, Esq.**
Address

**212-451-2300**

Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

**Gunther 93 Family Trust**               **1-25-10**

Name of Petitioner                          Date Signed

Name & Mailing          **Donald Gunther**
Address of Individual
Signing in Representative   **9766 bent Grass Bend**
                            **Naples, FL 34108**
Capacity

x _____ Date
Signature of Attorney

**Olshan Grundman Frome Rosenzweig**

Name of Attorney Firm (If any)

**65 East 55th Street**
**New York, New York 10022**
**Attn: Michael S. Fox, Esq.**
Address

**212-451-2300**

Telephone No.

§  Continuation sheets attached

Name of Debtor **Metamorphix, Inc.**

Case No. **09-**

---

X ~~Dana Donnell~~ · managing member

Signature of Petitioner or Representative (State title)

**Northwest Property Management**          1·11·10

Name of Petitioner          Date Signed

CLAIM $75,000
PLUS 10% - $7,500
PLUS ATTORNEY FEES

Name & Mailing          Dana Donnell
Address of Individual          1170 Old Henderson · #220
Signing in Representative          Columbus, OH. 43220
Capacity

X

Signature of Attorney          Date

**Olshan Grundman Frome Rosenzweig**

Name of Attorney Firm (If any)

**65 East 55th Street**
**New York, New York 10022**
**Attn: Michael S. Fox, Esq.**
Address

**212-451-2300**

Telephone No.

---

X ~~Dan Donnell~~

Signature of Petitioner or Representative (State title)

**Dan Donnell**          1·13·10

Name of Petitioner          Date Signed

CLAIM $25,000
PLUS 10% - $2,500
PLUS ATTORNEY FEES

Name & Mailing          Dan Donnell
Address of Individual          3241 Polley Rd.
Signing in Representative          Columbus, OH. 43221
Capacity

X

Signature of Attorney          Date

**Olshan Grundman Frome Rosenzweig**

Name of Attorney Firm (If any)

**65 East 55th Street**
**New York, New York 10022**
**Attn: Michael S. Fox, Esq.**
Address

**212-451-2300**

Telephone No.

---

X ~~Ted Donnell~~          Petitioner

Signature of Petitioner or Representative (State title)

**Ted Donnell**          1/6/10

Name of Petitioner          Date Signed

Claim amts,    12,000 Investment
Plus: 10%    1,200 Interest
attorney fees    ?

Name & Mailing          Ted Donnell
Address of Individual
Signing in Representative          122 Moorings Park Dr.
Capacity          apt #G 303
Naples, Fl. 34105

X

Signature of Attorney          Date

**Olshan Grundman Frome Rosenzweig**

Name of Attorney Firm (If any)

**65 East 55th Street**
**New York, New York 10022**
**Attn: Michael S. Fox, Esq.**
Address

**212-451-2300**

Telephone No.

---

X ~~Dana Donnell~~

Signature of Petitioner or Representative (State title)

**Dana Donnell**          1·11·10

Name of Petitioner          Date Signed

CLAIM $42,000
PLUS 10% - $4,200
PLUS ATTORNEY FEES

Name & Mailing          Dana Donnell
Address of Individual          12453 MONKEY HOLLOW RD
Signing in Representative          SUNBURY, OH. 43074

X

Signature of Attorney          Date

**Olshan Grundman Frome Rosenzweig**

Name of Attorney Firm (If any)

**65 East 55th Street**
**New York, New York 10022**
**Attn: Michael S. Fox, Esq.**
Address

Name of Debtor **Metamorphix, Inc.**

Case No. <u>09-</u>

| | |
|---|---|
| Capacity | 212-451-2300 |
| | Telephone No. |
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) | x _____ Date <br> Signature of Attorney |
| **DYM Enterprise, Inc.** _1/11/10_ | **Olshan Grundman Frome Rosenzweig** |
| Name of Petitioner Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing **Jacob Lunger** <br> Address of Individual <br> Signing in Representative | 65 East 55th Street <br> New York, New York 10022 <br> Attn: Michael S. Fox, Esq. <br> Address |
| Capacity | 212-451-2300 |
| | Telephone No. |
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) | x _____ Date <br> Signature of Attorney |
| **Weiss Access 360 Trust** _1/11/10_ | **Olshan Grundman Frome Rosenzweig** |
| Name of Petitioner Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing **Martin Weiss** <br> Address of Individual <br> Signing in Representative **13347 Ventura Blvd** <br> **Sherman Oaks, CA 91423** | 65 East 55th Street <br> New York, New York 10022 <br> Attn: Michael S. Fox, Esq. <br> Address |
| Capacity | 212-451-2300 |
| | Telephone No. |
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) | x _____ Date <br> Signature of Attorney |
| **Martin & Howard Weiss** _1/11/10_ | **Olshan Grundman Frome Rosenzweig** |
| Name of Petitioner Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing **Martin Weiss** <br> Address of Individual <br> Signing in Representative **13347 Ventura Blvd** <br> **Sherman Oaks, CA 91423** | 65 East 55th Street <br> New York, New York 10022 <br> Attn: Michael S. Fox, Esq. <br> Address |
| Capacity | 212-451-2300 |
| | Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) | x _____ Date <br> Signature of Attorney |
| **Gunther 93 Family Trust** | **Olshan Grundman Frome Rosenzweig** |
| Name of Petitioner Date Signed | Name of Attorney Firm (If any) |

| | |
|---|---|
| Signing in Representative Capacity | **401 East 34th Street, Ste S 33C** **New York, New York 10016** |
| | **212-451-2300** |
| | Telephone No. |

| | |
|---|---|
| X _____ Signature of Petitioner or Representative (State title) **Ted Donnell** | X _____ Date Signature of Attorney **Olshan Grundman Frome Rosenzweig** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity **Ted Donnell** | **65 East 55th Street** **New York, New York 10022** **Attn: Michael S. Fox, Esq.** Address |
| | **212-451-2300** |
| | Telephone No. |

| | |
|---|---|
| X _____ Signature of Petitioner or Representative (State title) **Brian J. and Sandra R. Hutcheson**  Jan. ___, 2010 | X _____ Date Signature of Attorney **Olshan Grundman Frome Rosenzweig** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity Bryan **Brian J. and Sandra R. Hutcheson** **2890 Kerrwood Drive** **Columbus, Ohio 43231** | **65 East 55th Street** **New York, New York 10022** **Attn: Michael S. Fox, Esq.** Address |
| | **212-451-2300** |
| | Telephone No. |

| | |
|---|---|
| X _____ Signature of Petitioner or Representative (State title) **Northwest Property Manage** | X _____ Date Signature of Attorney **Olshan Grundman Frome Rosenzweig** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity _____ **Donnell** | **65 East 55th Street** **New York, New York 10022** **Attn: Michael S. Fox, Esq.** Address |
| | **212-451-2300** |
| | Telephone No. |

| | |
|---|---|
| X _____ Signature of Petitioner or Representative (State title) **Brio Capital, LP** | X _____ Date Signature of Attorney **Olshan Grundman Frome Rosenzweig** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |

B5 (Official Form 5) (12/07) -- Page 5

Name of Debtor   Metamorphix, Inc.

Case No. 09-

| | | |
|---|---|---|
| Name & Mailing Address of Individual Signing in Representative | **Shaye Hirsch** | 65 East 55th Street New York, New York 10022 Attn: Michael S. Fox, Esq. |
| | 401 East 34th Street, Ste B 33C New York, New York 10016 | Address |
| Capacity | | 212-451-2300 |
| | | Telephone No. |

| | | |
|---|---|---|
| x _____ | | x _____ Date |
| Signature of Petitioner or Representative (State title) | | Signature of Attorney |
| Kurt B. Schneiter | | Olshan Grundman Frome Rosenzweig |
| Name of Petitioner | Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative | **Kurt B. Schneiter** | 65 East 55th Street New York, New York 10022 Attn: Michael S. Fox, Esq. |
| | 3633 E. Broadway, Ste 100 Long Beach, CA 90803 | Address |
| Capacity | | 212-451-2300 |
| | | Telephone No. |

| | | |
|---|---|---|
| x _____ | | x _____ Date |
| Signature of Petitioner or Representative (State title) | | Signature of Attorney |
| Maemidim Shesa Chaim | | Olshan Grundman Frome Rosenzweig |
| Name of Petitioner | Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative | **Aron Knottler** | 65 East 55th Street New York, New York 10022 Attn: Michael S. Fox, Esq. |
| | 800 Bedford Ave Brooklyn, NY 11205 | Address |
| Capacity | | 212-451-2300 |
| | | Telephone No. |

| | | |
|---|---|---|
| x _____ | | x _____ Date |
| Signature of Petitioner or Representative (State title) | | Signature of Attorney |
| David Weiss | | Olshan Grundman Frome Rosenzweig |
| Name of Petitioner | Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative | **David Weiss** | 65 East 55th Street New York, New York 10022 Attn: Michael S. Fox, Esq. |
| | | Address |
| Capacity | | 212-451-2300 |
| | | Telephone No. |

| | |
|---|---|
| x [signature] | x |

Name of Debtor **Metamorphix, Inc.**

Case No. **09-**

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| **Alpha Capital Anstalt** | **Olshan Grundman Frome Rosenzweig** | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) | |
| | **65 East 55th Street**<br>**New York, New York 10022**<br>**Attn: Michael S. Fox, Esq.** | |
| Name & Mailing<br>Address of Individual<br>Signing in Representative | Address | |
| **850 Madison Avenue**<br>**New York, New York 10022** | | |
| Capacity | **212-451-2300** | |
| | Telephone No. | |

| x | x | |
|---|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| **Dana Donnell** | **Olshan Grundman Frome Rosenzweig** | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) | |
| | **65 East 55th Street**<br>**New York, New York 10022**<br>**Attn: Michael S. Fox, Esq.** | |
| Name & Mailing **Dana Donnell**<br>Address of Individual<br>Signing in Representative | Address | |
| **12453 Monkey Hollow Road**<br>**Sunbury, OH 43074** | | |
| Capacity | **212-451-2300** | |
| | Telephone No. | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Brio Capital, LP**<br>**401 East 34th Street,**<br>**Suite South 33C**<br>**New York, New York 10016** | **10% Secured Convertible Promissory Note** | **150,000.00** |
| **Gunther 93 Family Trust**<br>**c/o Donald Gunther**<br>**9766 Bent Grass Bend**<br>**Naples, FL 34108** | **10% Secured Convertible Promissory Note** | **50,000.00** |
| **Gunther 93 Family Trust**<br>**c/o Donald Gunther**<br>**9766 Bent Grass Bend**<br>**Naples, FL 34108** | **10% Secured Convertible Promissory Note** | **200,000.00** |
| **Martin & Howard Weiss**<br>**13347 Ventura Blvd**<br>**Sherman Oaks, CA 91423** | **10% Secured Convertible Promissory Note** | **300,000.00** |

Name of Debtor  **Metamorphix, Inc.**

Case No.  **10-**

| Capacity | |
|---|---|
| | **212-451-2300** |
| | Telephone No. |

| **PETITIONING CREDITORS** | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| **Brio Capital, LP**<br>**401 East 34th Street,**<br>**Suite South 33C**<br>**New York, New York 10016** | **10% Secured Convertible Promissory Note** | **150,000.00** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| **Gunther 93 Family Trust**<br>**c/o Donald Gunther**<br>**9766 Bent Grass Bend**<br>**Naples, FL 34108** | **10% Secured Convertible Promissory Note** | **50,000.00** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| **Gunther 93 Family Trust**<br>**c/o Donald Gunther**<br>**9766 Bent Grass Bend**<br>**Naples, FL 34108** | **10% Secured Convertible Promissory Note** | **200,000.00** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| **Martin & Howard Weiss**<br>**13347 Ventura Blvd**<br>**Sherman Oaks, CA 91423** | **10% Secured Convertible Promissory Note** | **300,000.00** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| **Weiss Access 360 Trust**<br>**c/o Martin Weiss**<br>**13347 Ventura Blvd**<br>**Sherman Oaks, CA 91423** | **10% Secured Convertible Note** | **400,000.00** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| **DYM Enterprise, Inc.** | **10% Secured Convertible Promissory Note** | **10,000.00** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| **Dana Donnell**<br>**12453 Monkey Hollow Road**<br>**Sunbury, OH 43074** | **10% Secured Convertible Promissory Note** | **42,000.00** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| **Ted Donnell**<br>**122 Moorings Park Dr., Apt. # G 303**<br>**Naples, FL 34105** | **10% Secured Convertible Promissory Note** | **12,000.00** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| **Dan Donnell**<br>**3241 Polley Road**<br>**Columbus, OH 43221** | **10% Secured Convertible Promissory Note** | **25,000.00** |

Name of Debtor    **Metamorphix, Inc.**

Case No.    10-

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Northwest Property Management**<br>**c/o Dana Donnell, Managing Member**<br>**1170 Old Henderson, #220**<br>**Columbus, OH 43220** | **10% Secured Convertible Promissory Note** | **75,000.00** |
| **Brio Capital, LP**<br>**401 East 34th Street,**<br>**Suite South 33C**<br>**New York, New York 10016** | **10% Secured Convertible Promissory Note** | **50,000.00** |
| **Kurt B. Schneiter**<br>**3633 E. Broadway, Ste 100**<br>**Long Beach, CA 90803** | **10% Secured Convertible Promissory Note** | **75,000.00** |
| **Alpha Capital Anstalt**<br>**c/o LH Financial Services Corp.**<br>**150 Central Park South, 2nd Fl**<br>**New York, New York 10019** | **Promissory Note** | **250,000.00** |
| **Bryan J. and Sandra R. Hutcheson**<br>**2890 Kerrwood Drive**<br>**Columbus, Ohio 43231** | **Promissory Note** | **60,000.00** |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br><br>**$    1,699,000.00** |

## ATTACHMENT TO INVOLUNTARY PETITION FILED BY BRIO CAPITAL LP
## AGAINST METAMORPHIX, INC.

Debtor is indebted to Petitioners for not less than $200,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a series of transactions wherein Metamorphix issued 10% Secured Convertible Promissory Notes to accredited investor in the amount of $200,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

**ATTACHMENT TO INVOLUNTARY PETITION FILED BY NORTHWEST
PROPERTY MANAGEMENT AGAINST METAMORPHIX, INC.**

Debtor is indebted to Petitioners for not less than $75,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a transaction wherein Metamorphix issued 10% Secured Convertible Promissory Note to accredited investor in the amount of $75,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

**ATTACHMENT TO INVOLUNTARY PETITION FILED BY GUNTHER 93 FAMILY TRUST AGAINST METAMORPHIX, INC.**

Debtor is indebted to Petitioners for not less than $250,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a series of transactions wherein Metamorphix issued 10% Secured Convertible Promissory Notes to accredited investor in the amount of $250,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

**ATTACHMENT TO INVOLUNTARY PETITION FILED BY MARTIN & HOWARD WEISS AGAINST METAMORPHIX, INC.**

Debtor is indebted to Petitioners for not less than $300,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a transaction wherein Metamorphix issued 10% Secured Convertible Promissory Note to accredited investor in the amount of $300,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

## ATTACHMENT TO INVOLUNTARY PETITION FILED BY WEISS ACCESS 360 TRUST AGAINST METAMORPHIX, INC.

Debtor is indebted to Petitioners for not less than $400,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a transaction wherein Metamorphix issued 10% Secured Convertible Promissory Note to accredited investor in the amount of $400,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

**ATTACHMENT TO INVOLUNTARY PETITION FILED BY DYM ENTERPRISES,
INC. AGAINST METAMORPHIX, INC.**

Debtor is indebted to Petitioners for not less than $10,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a transaction wherein Metamorphix issued 10% Secured Convertible Promissory Note to accredited investor in the amount of $10,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

**ATTACHMENT TO INVOLUNTARY PETITION FILED BY DANA DONNELL
AGAINST METAMORPHIX, INC.**

Debtor is indebted to Petitioners for not less than $42,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a transaction wherein Metamorphix issued 10% Secured Convertible Promissory Note to accredited investor in the amount of $42,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

**ATTACHMENT TO INVOLUNTARY PETITION FILED BY TED DONNELL AGAINST METAMORPHIX, INC.**

Debtor is indebted to Petitioners for not less than $12,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a transaction wherein Metamorphix issued 10% Secured Convertible Promissory Note to accredited investor in the amount of $12,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

### ATTACHMENT TO INVOLUNTARY PETITION FILED BY DAN DONNELL AGAINST METAMORPHIX, INC.

Debtor is indebted to Petitioners for not less than $25,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a transaction wherein Metamorphix issued 10% Secured Convertible Promissory Note to accredited investor in the amount of $25,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

**ATTACHMENT TO INVOLUNTARY PETITION FILED BY KURT SCHNEITER
AGAINST METAMORPHIX, INC.**

Debtor is indebted to Petitioners for not less than $75,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a transaction wherein Metamorphix issued 10% Secured Convertible Promissory Note to accredited investor in the amount of $75,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

**ATTACHMENT TO INVOLUNTARY PETITION FILED BY ALPHA CAPITAL
ANSTALT AGAINST METAMORPHIX, INC.**

Debtor is indebted to Petitioners for not less than $250,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a transaction wherein Metamorphix issued Promissory Note to accredited investor in the amount of $250,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

**ATTACHMENT TO INVOLUNTARY PETITION FILED BY BRYAN J. HUTCHESON
AND SANDRA R. HUTCHESON AGAINST METAMORPHIX, INC.**

Debtor is indebted to Petitioners for not less than $60,000.

Petitioner herein is the holder of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred as a result of a series of transactions wherein Metamorphix issued Promissory Notes to accredited investor in the amount of $60,000.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).