**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | * | |
| **METAMORPHIX, INC.,** | * | Case No:  10-10273 (MFW) |
| | * | Involuntary Chapter 7 |
| Alleged Debtor. | | |

\* \* \* \* \* \* \* \* \* \* \*

**ANSWER TO INVOLUNTARY PETITION UNDER CHAPTER 7**

Metamorphix, Inc., alleged debtor (the "Alleged Debtor" or "Metamorphix"), by counsel, hereby answers the involuntary petition (the "Involuntary Petition") filed under chapter 7 by petitioners Brio Capital, LP, Gunther 93 Family Trust, Martin & Howard Weiss, Weiss Access 360 Trust, DYM Enterprise, Inc., Dana Donnell, Ted Donnell, Dan Donnell, Northwest Property Management, Kurt B. Schneiter, Alpha Capital Anstalt, Bryan J. and Sandra R. Hutcheson (the "Petitioning Creditors"), and states:

Metamorphix acknowledges that it is indebted to the Petitioning Creditors, that it is a person against whom an order for relief may be entered under title 11, and that, while it is generally paying its trade creditors as such debts become due, it is not presently paying all obligations to its noteholders as such debts become due.  However, regardless of whether the Petitioning Creditors may be able to establish the elements of a successful Involuntary Petition, Metamorphix insists that the filing and prosecution of the Involuntary Petition against it is utterly against the interests of all of its creditors, including the Petitioning Creditors.  Indeed, the filing of the Involuntary Petition has disrupted an extensive out of court restructuring effort that has tremendous support from the creditor body.  This out of court restructuring would result in the Petitioning Creditors receiving far more than they will if the Involuntary Petition goes forward.

It is in the best interests of creditors to allow Metamorphix to continue and successfully conclude the out of court restructuring without the disruption, risks and costs associated with the bankruptcy process. For these reasons, Metamorphix will request the Court, by a separate motion, to suspend the proceedings in the event the Petitioning Creditors do not withdraw the Involuntary Petition, as would be consistent with their own self interests.

AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

The court should dismiss the case pursuant to 11 U.S.C. § 305(a) as the interests of the creditors and the Alleged Debtor would be better served by such a dismissal.

SECOND AFFIRMATIVE DEFENSE

In the alternative, the Court should suspend the proceedings pursuant to 11 U.S.C. § 305(a) as the interests of the creditors and the Alleged Debtor would be better served by such a suspension.

WHEREFORE, Metamorphix requests that the Court:

1)      Dismiss the Involuntary Petition;

2)      in the alternative, suspend the case so that Metamorphix can complete the out of court arrangement for the benefit of the Alleged Debtor and all of its creditors; and

3)      grant such other and further relief as justice may require.

WHITEFORD TAYLOR PRESTON LLC

/s/ Thomas J. Francella, Jr.
Thomas J. Francella, Jr. (DE ID #3835)
1220 N. Market Street, Suite 608
Wilmington, DE 19801
Telephone:  (302) 357-3252
Facsimile: (302) 357-3272
tfrancella@wtplaw.com

and

WHITEFORD, TAYLOR & PRESTON, LLP


Paul M. Nussbaum
Martin T. Fletcher
Susan Jaffe Roberts
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
(410) 347-8700

Counsel for the Metamorphix, Inc.