IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

**METAMORPHIX, INC.,** * Case No: 10-10273 (MFW)

* Involuntary Chapter 7

Alleged Debtor

* * * * * * * * * * *

### AFFIDAVIT OF EDWIN C. QUATTLEBAUM IN SUPPORT OF MOTION OF METAMORPHIX, INC. PURSUANT TO 11 U.S.C. §305(A) TO SUSPEND INVOLUNTARY CHAPTER 7 PROCEEDINGS

STATE OF MARYLAND    )
                     ) ss:
COUNTY OF PRINCE GEORGE )

Edwin C. Quattlebaum, being duly sworn, states that the following is true to the best of his knowledge, information and belief:

1. I am the President and Chief Executive Officer of MetaMorphix, Inc. ("Metamorphix" or, the "Alleged Debtor"). In this capacity, I have obtained detailed knowledge of and experience with the business and financial affairs of Metamorphix.

2. I am authorized to submit this affidavit in support of the Motion Of Metamorphix, Inc. Pursuant To 11 U.S.C. §305(a) To Suspend Involuntary Chapter 7 Proceedings (the "Motion").

3. Except as otherwise indicated, all facts set forth in this Affidavit are based upon my personal knowledge, my review of relevant documents, or my opinion based upon my experience, knowledge, and information concerning Metamorphix's operations and financial affairs. If I were called upon to testify, I would testify competently to the facts set forth herein.

## BACKGROUND

### Metamorphix and Its Business Operations

4.      Founded in 1994, Metamorphix is a Delaware corporation with its principal offices in Beltsville, Maryland.  Metamorphix is a privately held life sciences company that uses the code of life, DNA, to improve the global food supply and human health.  Metamorphix utilizes the secrets of DNA to make better meat and dairy products and to improve pet health.  The Company has two technology platforms, animal genomics and growth & differentiation factors (GDFs) that have the potential to substantially improve livestock quality, increase production efficiency and to improve companion animal health.

### Debt Structure

5.      Over the past ten years, Metamorphix issued a series of convertible debt notes, some of which have been converted into equity and others of which have been re-issued as newer series notes.  Specifically, between 1999 and 2002, Metamorphix issued $14,760,518 in convertible 10.9% secured notes (the "10.9% Notes").  A portion of the 10.9% Notes was converted into common stock in 2003.  Subsequently, in 2004, the holders converted a portion of the 10.9% Notes into Series F Preferred stock.  In connection therewith, Metamorphix issued warrants for the purchase of common stock that mature in 2014.

6.      Between 2001 and 2003, Metamorphix issued $6,305,387 of 8.0% notes (the "8% Notes").  A portion of the 8% Notes was converted into common stock in accordance with the terms of the notes.  Another portion was converted into Series F Preferred Stock in December 2004 together with warrants for purchase of common stock that mature in 2014.

7. In 2005, the majority of any remaining 8% Notes and 10.9% Notes were converted into Series G Preferred Stock.[1] The 8% Notes and 10.9% Notes were previously secured by an insurance bond with Condor Insurance (the "Condor Insurance Bond"). The Condor Insurance bond was cancelled and has never been replaced. As of the Petition Date, $117,015 plus $48,403 in interest was outstanding on the 8% Notes. Also as of the Petition Date, $854,343 plus $431,884 in interest was outstanding on the 10.9% Notes. As a result of the cancellation of the Condor Insurance Bond, the outstanding 8% Notes and 10.9% Notes constitute unsecured obligations.

8. In 2003, Metamorphix issued a series of 12% bridge notes (the "12% Notes"). A portion of the 12% Notes were converted to stock and, during 2004, holders of the Series C, D, and E Bridge Notes converted $2,112,500 plus accrued interest into $2,203,730 of 12.5% convertible secured notes (the "12.5% Notes") at the time of the 12.5% Notes private placement.[2]

9. From November 14, 2003 until May 3, 2004, Metamorphix issued 155 Convertible Secured Promissory Notes bearing interest at 12.5% (the "12.5% Notes").

10. As of the date of the filing of the Involuntary Petition, approximately $27,567,937 plus $3,567,157 in interest is outstanding on the $12.5% Notes. Of the $27,567,937 outstanding, $12,288,295 of the 12.5% Notes were issued in lieu of interest payments previously due on the Notes. In 2005, Metamorphix issued 10% secured convertible notes (the "10% Notes"). The 10% Notes were secured by a junior lien on all of Metamorphix's assets[3] and were expected to be converted into common stock upon execution of an IPO, which IPO did not occur. As of the

---

[1] All 8% Notes and 10.9% Notes that were converted into Series G Stock were extinguished.
[2] All 12% Notes that were converted into 12.5% Notes were extinguished.
[3] The junior lien is documented as set forth in the Security Agreement between Metamorphix and the Law Debenture Trust Company of New York as Collateral Agent for the holders of the 10% Notes.

Petition Date, approximately $18,352,763 plus interest of $6,532,449 remains outstanding on the 10% Notes. Together, Metamorphix's outstanding 10% Notes and 12.5% Notes total approximately $56 million in principal and interest. As a consequence of a failed IPO (as more fully discussed in the Motion), in May 2008 and again in December 2008, Metamorphix asked the note holders to extend their maturity date to January 2010. Over 80% of the 10% Notes and 12.5% Notes currently have maturity dates of January 2010 or beyond. At present, although holders of approximately $10 million of 10% Notes and 12.5% Notes have refused to agree to maturity date extensions and certain of these notes are already past due, no collection or enforcement actions have been pursued. Rather, while restructuring negotiations have been actively underway, and just recently, on January 28, 2010 the "Petition Date") certain of the 10% Noteholders have commenced this case.

### The Work Out Negotiations

11. Commencing in the fall of 2009 and continuing as of the date of the filing of this Motion, Metamorphix has been involved in intense and extensive negotiations with its primary creditors, including participants with the 12.5% Noteholders and the 10% Noteholders, in order to achieve an out of court arrangement to deal with its debt.

12. Based upon written confirmations of support (the "Confirmations of Support") received from holders of Metamorphix's 12.5% Notes and 10% Notes, a supra majority of the 12.5% Noteholders and many of the 10% Noteholders support the ongoing out of court negotiations for a comprehensive arrangement and restructuring of Metamorphix's debt as well as suspension of the involuntary Chapter 7 proceedings for at least ninety (90) days so that the negotiations can be completed without the distractions, costs, and risks of an active bankruptcy

case. The Confirmations of Support are attached hereto. Together with this Affidavit, the Confirmations of Support are Composite Exhibit A to the Motion.

**THE MOTION**

13. I submit this Affidavit and the Confirmation in Support of the Motion. I have reviewed the Motion (including the Exhibit attached thereto) and, to the best of my knowledge, believe that the facts set forth therein are true and correct. Such representation is based upon information and belief, through my review of various materials and other information, and my experience and knowledge of Metamorphix's operations and financial condition. If called upon to testify, I could and would, based on the foregoing, testify competently to the facts set forth in the Motion.

14. As a result of my first-hand experience, and through my review of various materials and other information, discussions with other of Metamorphix's executives, discussions with outside advisors, and discussions with Metamorphix's creditors, I have formed opinions as to (a) the necessity of obtaining the relief sought in the Motion; (b) the importance of the relief sought in the Motion for Metamorphix to continue to operate effectively; and, (c) the negative impact upon Metamorphix of not obtaining the relief sought in the Motion.

15. The relief sought in the Motion will minimize the adverse effects of the Involuntary Chapter 7 proceedings on Metamorphix and ensure that Metamorphix's efforts to restructure its debts and work out a comprehensive arrangement with its creditors will be as successful as possible and result in maximum recovery for all of Metamorphix's creditors.

16. I believe that the relief sought in Motion is necessary to enable Metamorphix to survive and operate as a going concern.

17. For the reasons stated herein and in the Motion, the relief sought therein is in the best interests of Metamorphix and all of its creditors; and therefore, on behalf of Metamorphix, I respectfully request that the Motion be granted.

### VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct this 10th day of March 2010.

Edwin C. Quattlebaum
President and Chief Executive Officer
MetaMorphix, Inc.

**SWORN TO AND SUBSCRIBED** before me, a Notary Public for the State and County Aforesaid, on this 9th day of March, 2010.

Notary Public
Commission Expires: May 30, 2011

MARIA M. PERKINS
Notary Public, State of Maryland
County of Montgomery
My Commission Expires May 30, 2011