IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>METAMORPHIX, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 10-10273 (MFW) |

## ORDER FOR BANKRUPTCY RELIEF

UPON CONSIDERATION OF the involuntary petition filed against the alleged debtor MetaMorphix, Inc. (the "Debtor") and the answer to the petition filed by the Debtor; and with the consent of the parties; the Court having determined that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409; and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it is HEREBY ORDERED, ADJUDGED, and DECREED that order for relief is hereby entered against the Debtor under Chapter 11 of the Bankruptcy Code in accordance with 11 U.S.C. § 303(h). The Debtor shall pay a filing fee equal to the applicable amount for a Chapter 11 voluntary petition and the filing fee previously paid by the petitioning creditors.

Dated: Sept 30, 2010
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE