IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>METAMORPHIX, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 10-10273 (MFW) |

**ORDER EXTENDING THE DEADLINE
FOR THE DEBTOR TO FILE SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**
*(relates to Docket No. 92 )*

UPON CONSIDERATION OF the Motion for Entry of an Order Extending the Debtor's Deadline to File Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Motion") filed by the debtor MetaMorphix, Inc. (the "Debtor"); the Court having reviewed the Motion; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iv) notice of the Motion was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; it is HEREBY ORDERED as follows:

1. The Motion is GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. The deadline by which the Debtor shall file its Schedules of Assets and Liabilities and Statement of Financial Affairs is hereby extended through and including November 2, 2010, without prejudice to the Debtor's right to seek additional extensions as may be necessary or appropriate.

3. This Court shall retain jurisdiction over all matters arising out of or related to the Motion and this Order.

Dated: Nov. 3, 2010
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE