# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| METAMORPHIX, INC., | ) | Case No. 10-10273 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIMITED OBJECTION TO DEBTOR'S MOTION FOR (A) ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING USE OF CASH COLLATERAL, (II) PROVIDING FOR ADEQUATE PROTECTION, AND (III) SCHEDULING FINAL HEARING ON USE OF CASH COLLATERAL**

CHRISTOPHER PAXOS, AS AGENT FOR THE TRANCHE ONE 12.5% NOTEHOLDERS (the "Agent"), the first priority secured creditors of debtor MetaMorphix, Inc. (the "Debtor") files this, its Limited Objection Debtor's Motion for (A) Entry of Interim and Final Orders (I) Approving the Use of Cash Collateral, (II) Providing for Adequate Protection, and (III) Scheduling Final Hearing On Use of Cash for the reasons set forth below.

1. The Agent -- who represents the Debtor's first priority secured creditors -- lacks adequate protection of its interest in the Collateral. The Collateral represents all of the Debtor's assets. So long as the Debtor is allowed to use and possess the Collateral, it will speedily diminish in value, to the detriment of the Debtor's secured creditors.

2. The Debtor's obligations to the Tranche One 12.5% Noteholders are nearly double the value of the Collateral.

3. Tranche One 12.5% Notes, the Security Agreement, and all other documents executed by the Debtor in connection with the Tranche One 12.5% Notes evidencing the indebtedness and obligations owed by the Debtor to the Tranche One 12.5% Noteholders are collectively referred to as the "Tranche One Loan Documents."

4. To date, the Debtor has not provided the Agent with certain information pursuant to the reporting requirements under the Tranche One Loan Documents.

5. The Agent has requested, and to date, still has not received from Debtor to following information:

a) The estimated administrative claims to be paid under a proposed plan of reorganization;

b) The estimated priority claims to be paid under a proposed plan;

c) The identity of a DIP Lender and the terms of any such DIP financing;

d) The identity of a provider of exit financing and the terms of such exit financing;

e) The complete list of 12.5 percent note holders.

6. The Agent has been working with the Debtor on the use of cash collateral and related issues, and will continue to do so, but reserves its rights to object to the entry of the proposed order as a final order.

**WHEREFORE**, Christopher Paxos, as agent for the Tranche One 12.5% Noteholders, respectfully requests that this Court deny the relief sought in Debtor's Motion.

.

Dated: November 16, 2010
Wilmington, Delaware

Respectfully submitted,
**MARGOLIS EDELSTEIN**

　　/s/James E. Huggett
James E. Huggett, Esquire (#3956)
Amy D. Brown, Esquire (#4077)
Stephanie Noble Tickle, Esquire (#5397)
750 Shipyard Drive, Suite 102
Wilmington, Delaware 19801
(302) 888-1112 telephone

(302) 888-1119 facsimile
jhuggett@margolisedelstein.com

-and-

LEITESS LEITESS FRIEDBERG + FEDDER PC
Steven N. Leitess, Esquire
Gordon S. Young, Esquire
One Corporate Center
10451 Mill Run Circle, Suite 1000
Baltimore, Maryland 21117

Counsel to CHRISTOPHER PAXOS, AS AGENT
FOR THE TRANCHE ONE 12.5% NOTEHOLDERS