# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>METAMORPHIX, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 10-10273 (MFW)<br><br>Hearing Date: 111710 2:00 p.m.<br>Objection Deadline: 111610 Noon |

**VOEKLER'S CONSENT TO DEBTOR"S MOTION TO USE OF CASH COLLATERAL**
*(relates to Docket No. 132)*

Frederick C. Voelker, the collateral agent (the "Collateral Agent") appointed by the 12.5% noteholders of MetaMorphix, Inc. (the "Debtor") files this response to the Debtor's motion (Docket No. 132) (the "Cash Collateral Motion"), and hereby consents to the use of cash collateral, subject only to the submission of an agreed upon order to the Court :

Dated: November 18, 2010    Respectfully submitted,

**LAW OFFICES OF JOSEPH J. BODNAR**

 /s/ **Joseph J. Bodnar**
Joseph J. Bodnar (DE No. 2512)
Post Office Box 1022
2101 North Harrison Street
Wilmington, Delaware 19899
(302) 449-4572 telephone
(302) 397-2093 facsimile

*Counsel for the Collateral Agent,
Frederick C. Voelker*

(302) 449-4572 telephone
(302) 397-2093 facsimile