IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

METAMORPHIX, INC., *et al.*,

Debtors.

Chapter 11

Case Nos. 10-10273 (MFW), *et seq.*
(jointly administered)

**FIRST AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 13, 2010 AT 9:30 A.M. **(HEARING CANCELED)**

# THIS HEARING HAS BEEN CANCELED
# AT THE COURT'S DIRECTION

MATTERS BEING CONTINUED

1.  Debtor's Motion for Authority To Employ and Pay Non-Bankruptcy Professionals in the Ordinary Course of Business (Docket No. 78) (filed by debtor MetaMorphix, Inc., 10/12/2010)

    Response Deadline:   October 28, 2010, 4:00 p.m., extended for the U.S. Trustee

    Related Documents:   None.

    Responses Filed:

    (A)   United States Trustee's Limited Objection to Motion for Authority to Employ and Pay Non-Bankruptcy Professionals in the Ordinary Course of Business (Docket No. 173) (filed by the U.S. Trustee, 12/3/2010)

    Status:  **This matter is being continued to the next omnibus hearing.**

2.  Debtors' Motion for Approval of Assumption of Certain Agreements with BeefTek and PrimeMarker (Docket No. 155) (filed by the Debtors, 11/30/2010)

    Response Deadline:   December 8, 2010, 4:00 p.m.

    Responses Filed:   None to date.

    Related Documents:

    (A)   Motion to Shorten Time and Limit Notice (Docket No. 156) (filed by the Debtors, 11/30/2010)

(B) Order Shortening Time and Limiting Notice (Docket No. 168) (entered by the Court)

Status: This matter is being continued to the next omnibus hearing.

MATTERS WITH CERTIFICATE OF NO OBJECTION

3. Motion For Entry of an Order Extending MMIG's Deadline to File Schedules of Assets and Liabilities and Statement of Financial Affairs (Docket No. 148) (filed by the Debtors, 11/24/2010)

   Response Deadline: December 6, 2010, 12:00 p.m.

   Responses Filed: None.

   Related Documents:

   (A) Certificate of No Objection (Docket No. 169) (filed by the Debtors, 12/9/2010)

   (B) **Order Extending MMIG's Deadline to File Schedules of Assets and Liabilities and Statement of Financial Affairs (Docket No. 174) (filed by the Court, 12/9/2010)**

   Status: **An order has been entered regarding this motion. No hearing is necessary.**

4. Debtors' Motion to Approve Settlement Agreement with American Angus Association (Docket No. 157) (filed by the Debtors, 11/30/2010)

   Response Deadline: December 8, 2010, 4:00 p.m.

   Responses Filed: None.

   Related Documents:

   (A) Motion to Shorten Time and Limit Notice (Docket No. 158) (filed by the Debtors, 11/30/2010)

   (B) Order Shortening Time and Limiting Notice (Docket No. 161) (entered by the Court, 12/2/2010)

   (C) Certificate of No Objection (Docket No. 170) (filed by the Debtors, 12/9/2010)

   (D) **Order Approving Settlement Agreement with American Angus Association (Docket No. 175) (filed by the Court, 12/9/2010)**

   Status: **An order has been entered regarding this motion. No hearing is necessary.**

CONTESTED MATTERS GOING FORWARD

5.  Motion for Relief from the Automatic Stay (Docket No. 57) (filed by Christopher Paxos, 9/29/2010)

    Response Deadline: October 14, 2010, 4:00 p.m.

    Related Documents:

    (A) Order Treating October 21, 2010 Hearing on Motion For Relief from the Automatic Stay as a Preliminary Hearing (Docket No. 88) (entered by the Court, 10/14/2010)

    **(A-1) Emergency Motion for Continuance of Hearing on the Motion for Relief from the Automatic Stay and Motion To Dismiss filed by Christopher Paxos (Docket No. 178) (filed by the Debtors, 12/10/2010)**

    Responses Filed:

    (B) Statement and Reservation of Rights with Respect to Motion for Relief from the Automatic Stay of Christopher Paxos, as Agent for the Tranche One 12.5 Percent Noteholders (Docket No. 90[1]) (filed by BeefTek, Inc. and PrimeBeefMarker, LLC d/b/a PrimeBeefMarker, 10/14/2010)

    (C) Preliminary Omnibus Objection To Motion For Relief From The Automatic Stay And Motion To Dismiss (Docket No. 91) (filed by debtor MetaMorphix, Inc., 10/14/2010)

    (D) **Qualified Statement of Petitioning Creditors in Support of Debtor's Preliminary Omnibus Objection To Motion For Relief From The Automatic Stay And Motion To Dismiss (Docket No. 176) (filed by Petitioning Creditors, 12/9/2010)**

    Status: **The Court has rescheduled the hearing on this matter for January 6, 2011 at 9:30 a.m.**

6.  Motion to Dismiss Case (Docket No. 68) (filed by Christopher Paxos, 10/1/2010)

    Response Deadline: October 14, 2010, 4:00 p.m.

    Related Documents:

    **(A-1) Emergency Motion for Continuance of Hearing on the Motion for Relief from the Automatic Stay and Motion To Dismiss filed by Christopher Paxos (Docket No. 178) (filed by the Debtors, 12/10/2010)**

---

[1] A second copy of this paper was docketed by the Clerk of the Court on October 18, 2010 at Docket No. 95.

Responses Filed:

(A) Preliminary Omnibus Objection To Motion For Relief From The Automatic Stay And Motion To Dismiss (Docket No. 91) (filed by debtor MetaMorphix, Inc., 10/14/2010)

(B) **Qualified Statement of Petitioning Creditors in Support of Debtor's Preliminary Omnibus Objection To Motion For Relief From The Automatic Stay And Motion To Dismiss (Docket No. 176) (filed by Petitioning Creditors, 12/9/2010)**

Status: **The Court has rescheduled the hearing on this matter for January 6, 2011 at 9:30 a.m.**

7. Motion For (A) Entry Of Interim and Final Orders (I) Approving Use Of Cash Collateral, (II) Providing For Adequate Protection, and (III) Scheduling Final Hearing On Use Of Cash Collateral (Docket No. 132) (filed by debtor MetaMorphix, Inc., 11/9/2010)

    Response Deadline: December 6, 2010, 4:00 p.m.

    Responses Filed:

    (A) Limited Objection to Debtor's Motion for (A) Entry of Interim and Final Orders (I) Approving the Use of Cash Collateral, (II) Providing for Adequate Protection, and (III) Scheduling Final Hearing On Use of Cash Collateral (Docket No. 139) (filed by Christopher Paxos, 11/16/2010)

    (B) Voelker's Consent To Debtor's Motion To Use Of Cash Collateral (Docket No 140) (filed by Frederick C. Voelker, 11/18/2010)

    Related Documents:

    (C) Motion to Shorten Time and Limit Notice (Docket No. 133) (filed by the Debtor, 11/9/2010)

    (D) Order Shortening Time and Limiting Notice (Docket No. 134) (entered by the Court, 11/12/2010)

    (E) Notice of Hearing (Docket No. 135) (filed by the Debtor, 11/15/2010)

    (F) Interim Order (I) Authorizing Debtor's Use Of Cash Collateral, (I) Granting Adequate Protection To Secured Creditors, And (III) Scheduling A Final Hearing (Docket No. 142) (entered by the Court, 11/18/2010)

    **(G) Certification Of Counsel Regarding Second Interim Order (I) Authorizing Debtors' Use Of Cash Collateral, (II) Granting Adequate Protection To Secured Creditors, And (III) Scheduling A Final Hearing (Docket No. 180) (filed by the Debtors, 12/13/2010)**

Status: **Pursuant to instructions from the Court at a December 10, 2010 telephonic hearing, upon the Debtors' submission of a proposed order under certification of counsel, the hearing on the further interim relief requested in this motion may be canceled, and the hearing on final relief has been rescheduled to January 6, 2011 at 9:30 a.m.**

Dated: December 13, 2010
        Wilmington, Delaware

Respectfully submitted,

PINCKNEY, HARRIS & WEIDINGER, LLC

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Donna Harris (DE No. 3740)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
(302) 504-1497 telephone
(302) 442-7046 facsimile

*Attorneys for the Debtors*