# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| METAMORPHIX, INC., et al. | Case No. 10-10273 (MFW) |
| Debtor. | Hearing Date: January 25, 2011 at 10:30 a.m.<br>(Procedures Only)<br>Objection Deadline: January 24, 2011 at 12:00 p.m. |

## RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION FOR (I) APPROVAL OF SOLICITATION PROCEDURES, BIDDING PROCEDURES, SALE PROCEDURES, INCLUDING FORM AND MANNER OF NOTICE OF SALE, AND PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT, OR IN THE ALTERNATIVE REJECTION, OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS; (II) APPROVAL OF ASSUMPTION AND ASSIGNMENT, OR IN THE ALTERNATIVE REJECTION, OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) APPROVAL OF SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER EMCUBRANCES

The Official Committee of Unsecured Creditors of Metamorphix, Inc., et al. (the "Committee"), by and through its undersigned counsel, respectfully submits this limited response to the Debtors' Motion in for (I) Approval of Solicitation Procedures, Bidding Procedures, Sale Procedures, Including Form and Manner of Notice of Sale, and Procedures for the Assumption and Assignment or in the Alternative Rejection, of Executory Contracts and Unexpired Leases of the Debtors, (II) Approval of Assumption and Assignment, or in the Alternative Rejection, of Executory Contracts and Unexpired Leases, and (III) Approval of sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Other Encumbrances (the "Sale Motion"), and in support thereof avers as follows:

## BACKGROUND

1. On January 28, 2010, this action was commenced by certain petitioning creditors as an involuntary petition for relief under Chapter 7 of United States Code, 11 U.S.C. §§ 101-1532, as amended (the "Bankruptcy Code") (the "Petition Date").

2. On September 30, 2010, this Court entered an Order for Relief under Chapter 11 of the Bankruptcy Code [Docket No. 63].

3. On November 18, 2010, a second debtor, MMI Genomics, Inc., filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court, Case No. 10-13775. On November 30, 2010, an Order was entered authorizing the joint administration of the Debtors' cases [Docket No. 153].

4. The Debtors have continued in the possession of their assets and in the operation of their businesses, as a debtor in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. On December 9, 2010, the Office of the United States Trustee for the District of Delaware appointed the Committee.

## RESPONSE TO SALE MOTION

6. The Committee supports the Debtors' efforts to proceed with a sale of their assets under Section 363 of the Bankruptcy Code with Neogen serving as the stalking horse bidder pursuant to an appropriate procedures order entered by the Bankruptcy Court. The Committee believes that the proposed sale of assets under Section 363 of the Bankruptcy Code presents the best opportunity to maximize the value of these assets and to provide for a potential recovery to unsecured creditors in these cases. The Committee refers the Court to its objection to the Debtors' settlement motion and objection to the motions of Branhaven, LLC, for relief of the

2

PHIL1 1361190-1

automatic stay and to dismiss the bankruptcy cases regarding the Committee's position concerning concerning these motions.

7. Notwithstanding the Committee's general support for the bid procedures, the Committee responds to certain bidding terms proposed by the Debtors. Specifically, the Committee requests further clarification and/or modification of the bid procedures as follows:

(a) While the Committee does not object to the Neogen bid serving as the stalking horse bid, any bidding protections provided to Neogen pursuant must be in accordance with appropriate standards established by this Court. In addition, any bidding protections offered to Neogen should be expressly conditioned upon the execution and approval of a form of asset purchase agreement by Neogen and the Debtors that binds Neogen to close the transaction upon the entry of an order approving the sale with customary terms and conditions, including the conveyance of the assets free and clear of all liens, claims and encumbrances. The asset purchase agreement must also be free of representations and warranties other than those that are customarily included sales under Section 363 of the Bankruptcy Code.

(b) The Debtors should provide for a reasonable period for marketing the assets given their current cash position, the continued use of cash collateral and other factors. The Committee would support a marketing period of thirty to forty-five days.

(c) The marketing of the assets must be designed to solicit the interest of potential bidders. In the Sale Motion, the Debtors propose to market the assets without a broker. While the exigencies of this case may require the sale to be conducted without a broker or an investment banker, the Debtors should nonetheless devise a marketing plan that is reasonably tailored to identify and contact all potential bidders to solicit interest in the proposed sale.

3

PHIL1 1361190-1

8. The Committee respectfully requests that, subject to satisfaction of the Committee's requested clarifications herein, that the bidding procedures be approved and that a sale hearing be scheduled.

WHEREFORE, the Committee respectfully requests that the bidding procedures motion be approved, subject to the issues raised in this limited response, together with such other and further relief as the Court deems just and proper.

Dated: January 24, 2011

Respectfully submitted,

By: */s/ Richard M. Beck*
Richard M. Beck (Bar No. 3370)
Sally E. Veghte (Bar No. 4762)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone: 302.426.1189
Facsimile: 302.426.9193
E-mail: rbeck@klehr.com
E-mail: sveghte@klehr.com

**PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2011, a copy of the foregoing RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION FOR (I) APPROVAL OF SOLICITATION PROCEDURES, BIDDING PROCEDURES, SALE PROCEDURES, INCLUDING FORM AND MANNER OF NOTICE OF SALE, AND PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT, OR IN THE ALTERNATIVE REJECTION, OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS; (II) APPROVAL OF ASSUMPTION AND ASSIGNMENT, OR IN THE ALTERNATIVE REJECTION, OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) APPROVAL OF SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER EMCUBRANCES was served via U.S. Mail on the parties listed on the attached service list.

/s/ Richard M. Beck
Richard M. Beck (#3370)

DEL1 74526-1
PHIL1 1259484-1

Adam Hiller, Esquire
Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

MetaMorphix, Inc.
Attn: Edwin C. Quattlembaum, Ph.D.
President & CEO
4061 Powdermill Road, Suite 320
Calverton, MD 20705

MetaMorphix, Inc.
Attn: Tom Russo, CFO
4061 Powdermill Road, Suite 320
Calverton, MD 20705

David Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Carl D. Neff, Esquire
Mary E. Augustine, Esquire
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801

Michael S. Fox, Esquire
Olshan Grundman Frome Rosenzweig
Park Avenue Tower
65 East 55th Street
New York, NY 10022

Brio Capital, LP
401 East 34th Street
Suite South 33C
New York, NY 10016

Gunther 93 Family Trust
c/o Donald Gunther
9766 Bent Grass Bend
Naples, FL 34108

Martin & Howard Weiss
13347 Ventura Blvd
Sherman Oaks, CA 91423

Weiss Access 360 Trust
c/o Martin Weiss
13347 Ventura Blvd
Sherman Oaks, CA 91423

DYM Enterprise, Inc.
Jacob Lunger
c/o Michael Fox, Esquire
Olshan Grundman Frome Rosenzweig
Park Avenue Tower
65 East 55th Street
New York, NY 10022

Dana Donnell
12453 Monkey Hollow Road
Sunbury, OH 43074

Ted Donnell
122 Moorings Park Drive
Apt. #G 303
Naples, FL 34105

Dan Donnell
3241 Polley Road
Columbus, OH 43221

Northwest Property Management
c/o Dana Donnell, Managing Member
1170 Old Henderson, # 220
Columbus, OH 43220

Kurt B. Schneiter
3633 E. Broadway, Suite 100
Long Beach, CA 90803

Alpha Capital Anstalt
c/o LH Financial Services Corp.
150 Central Park South, 2nd Floor
New York, NY 10019

Bryan J. and Sandra R. Hutcheson
2890 Kerrwood Drive
Columbus, OH 43231

James E. Huggett, Esquire
Amy Brown, Esquire
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899

Steven Leitess, Esquire
Gordon Young, Esquire
Leitess Leitess Friedberg & Fedder, P.C.
One Corporate Center
10451 Mill Run Circle, Suite 100
Baltimore, MD 21117

Jane Leamy, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Kenneth J. Buechler, Esquire
Buecler Law Office, LLC
1828 Clarkson Street, Suite 200
Denver, CO 80218