# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| METAMORPHIX, INC., *et al.*, | ) | Case No. 10-10273 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Rel. Doc # 314 |
| | ) | |

## ORDER

AND NOW, THIS 3rd DAY OF MARCH, 2011, upon consideration of the *Motion to Allow Branhaven LLC's Secured Claim for Purposes of Credit Bid at Debtors' 363 Sale* filed herein (the "Motion") filed by movant Branhaven LLC as agent for the 12.5% note holders (the "12.5% Noteholders") of MetaMorphix, Inc. and MMI Genomics, Inc., debtors herein ("Debtors"), and any objections, responses or replies related thereto, and the Court having held a hearing on the Motion on March 1, 2011, IT IS HEREBY ORDERED AND DETERMINED AS FOLLOWS:

(i) The Motion is GRANTED to the extent set forth herein, and all objections thereto are OVERRULED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

(ii) In connection with any sale of the Debtors' assets pursuant to Bankruptcy Code section 363, Branhaven, LLC, as agent for the 12.5% Noteholders, is hereby authorized and permitted, but is not required, to submit a credit bid or bids pursuant to Bankruptcy Code section 363(k), in the total amount of $11,885,849.44 (the "Credit Bid"), which

consists of principal in the amount of $5,000,000.00, plus additional accrued interest in the amount of $6,808,849.44, plus $75,000,00 for debtor-in-possession financing as provided to Debtors by Branhaven, LLC, plus $2,000.00 for interest on the debtor-in-possession financing provided to Debtors by Branhaven, LLC , which Credit Bid may be against all or any portion of either or both of the Debtors' assets. Any bid submitted by Branhaven must include a cash bid in the

(iii) ~~The Debtors may reserve a carve out~~ from the proceeds of the Collateral ~~in the~~ (which amount was previously carved out)) amount of $285,993.12 for professional fees and costs sought but not yet awarded, and that are subject to further order of this Court. Branhaven LLC, as agent, reserves and retains its rights to object to any or all of the fees and costs that are the subject of the carve out. ~~There is no requirement that the carve out be paid in cash as a condition of or prior to any bid by Branhaven, LLC as agent for the 12.5% Noteholders.~~

(iv) The Court's complete decision and ruling are set forth on the record of the March 1, 2011 hearing on the Motion.

IT IS SO ORDERED.

                                                _____
                                                Honorable Mary F. Walrath
                                                United States Bankruptcy Court Judge