IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>METAMORPHIX, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case Nos. 10-10273 (MFW), *et seq.*<br>(jointly administered) |

**FIRST AMENDED** NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MARCH 9, 2011 AT 10:30 A.M.

CONTINUED/RESOLVED MATTERS

1. Debtors' Motion for Approval of Assumption of Certain Agreements with Beeftek and Primemarker (Docket No. 155) (filed by the Debtors, 11/30/2010)

    Response Deadline:   December 30, 2010, 4:00 p.m.

    Responses Filed:   None.

    Related Documents:   None.

    Status:  This matter is being continued to the next omnibus hearing date, April 20, 2011 at 10:30 a.m., unless the motion is withdrawn..

2. Motion for Relief from the Automatic Stay (Docket No. 57) (filed by Branhaven, LLC, 9/29/2010)

    Response Deadline:   October 14, 2010, 4:00 p.m.

    Responses Filed:

    (A)  Statement and Reservation of Rights with Respect to Motion for Relief from the Automatic Stay of Christopher Paxos, as Agent for the Tranche One 12.5 Percent Noteholders (Docket No. 90[1]) (filed by BeefTek, Inc. and PrimeBeefMarker, LLC d/b/a PrimeBeefMarker, 10/14/2010)

    (B)  Preliminary Omnibus Objection to Motion for Relief from the Automatic Stay and Motion to Dismiss (Docket No. 91) (filed by debtor MetaMorphix, Inc., 10/14/2010)

---

[1] A second copy of this paper was docketed by the Clerk of the Court on October 18, 2010 at Docket No. 95.

(C) Qualified Statement of Petitioning Creditors in Support of Debtor's Preliminary Omnibus Objection to Motion for Relief from the Automatic Stay and Motion to Dismiss (Docket No. 176) (filed by the Petitioning Creditors, 12/9/2010)

(D) Debtors' Omnibus Objection to Amended Motion for Relief from the Automatic Stay and Amended Motion to Dismiss (Docket No. 205) (filed by the Debtors, 12/31/2010)

(E) Omnibus Objection of Petitioning Creditors to Amended Motion for Relief from the Automatic Stay and Amended Motion to Dismiss and Joinder to Debtors' Omnibus Objection (Docket No. 206) (filed by Petitioning Creditors, 12/31/2010)

(F) Omnibus Response and Joinder of the Official Committee of Unsecured Creditors in Opposition to the Amended Motions of Branhaven, LLC, as Collateral Agent, for Relief from the Automatic Stay and to Dismiss the Debtors' Chapter 11 Cases (Docket No. 210) (filed by the Official Committee of Unsecured Creditors, 1/4/2011)

Related Documents:

(A) Order Treating October 21, 2010 Hearing on Motion For Relief from the Automatic Stay as a Preliminary Hearing (Docket No. 88) (entered by the Court, 10/14/2010)

(B) Amended Motion for Relief from the Automatic Stay (Docket No. 187) (filed by Branhaven, LLC, 12/18/2010)

Status: This matter is being continued to the next omnibus hearing date, April 20, 2011 at 10:30 a.m., unless the motion is withdrawn..

3. Motion to Dismiss Case (Docket No. 68) (filed by Christopher Paxos, 10/1/2010)

Response Deadline: October 14, 2010, 4:00 p.m.

Responses Filed:

(A) Preliminary Omnibus Objection to Motion for Relief From the Automatic Stay and Motion to Dismiss (Docket No. 91) (filed by debtor MetaMorphix, Inc., 10/14/2010)

(B) Qualified Statement of Petitioning Creditors in Support of Debtor's Preliminary Omnibus Objection to Motion for Relief from the Automatic Stay and Motion to Dismiss (Docket No. 176) (filed by the Petitioning Creditors, 12/9/2010)

(C) Debtors' Omnibus Objection to Amended Motion for Relief from the Automatic Stay and Amended Motion to Dismiss (Docket No. 205) (filed by the Debtors, 12/31/2010)

(D) Omnibus Objection of Petitioning Creditors to Amended Motion for Relief from the Automatic Stay and Amended Motion to Dismiss and Joinder to Debtors' Omnibus Objection (Docket No. 206) (filed by Petitioning Creditors, 12/31/2010)

(E) Omnibus Response and Joinder of the Official Committee of Unsecured Creditors in Opposition to the Amended Motions of Branhaven, LLC, as Collateral Agent, for Relief from the Automatic Stay and to Dismiss the Debtors' Chapter 11 Cases (Docket No. 210) (filed by the Official Committee of Unsecured Creditors, 1/4/2011)

Related Documents:

(A) Amended Motion to Dismiss Case (Docket No. 188) (filed by Branhaven, LLC, 12/18/2010)

Status: This matter is being continued to the next omnibus hearing date, April 20, 2011 at 10:30 a.m., unless the motion is withdrawn..

4. Debtors' Motion for Approval of Settlement Agreement with Branhaven, LLC (Docket No. 214) (filed by the Debtors, 1/5/2011)

Response Deadline: January 18, 2011, 4:00 p.m.

Responses Filed:

(A) Objection to Debtors' Motion for Approval of Settlement Agreement with Branhaven, LLC (Docket No. 230) (filed by the Official Committee of Unsecured Creditors, 1/18/2011)

(B) Joinder in Official Committee of Unsecured Creditors' Objection to Debtors' Motion for Approval of Settlement Agreement with Branhaven, LLC (Docket No. 234) (filed by the Petitioning Creditors, 1/19/2011)

(C) Reply Memorandum in Opposition to Official Committee of Unsecured Creditors' Objection to Debtors' Motion for Approval of Settlement Agreement with Branhaven, LLC (Docket No. 235) (filed by Branhaven, LLC, 1/20/2011)

(D) Informal Objection of the United States Trustee (1/19/2011)

Related Documents: None.

Status: This matter is being continued to the next omnibus hearing date, April 20, 2011 at 10:30 a.m., unless the motion is withdrawn..

5. Disclosure Statement Regarding Debtors' Plan of Reorganization (Docket No. 221) (filed by the Debtors, 1/12/2011)

Response Deadline: February 15, 2011, 4:00 p.m.

Responses Filed: None.

Related Documents: None.

Status: This matter is being continued to the next omnibus hearing date, April 20, 2011 at 10:30 a.m., unless withdrawn.

6. Debtors' Motion for Entry of Order Appointing DLS Claims Administration, LLC as Claims, Balloting, and Noticing Agent (Docket No. 192) (filed by the Debtors, 12/21/2010)

   Response Deadline: December 29, 2010, 4:00 p.m.

   Responses Filed:

   (A) Limited Objection to Debtors' Motion for Entry of Order Appointing DLS Claims Administration, LLC as Claims, Balloting, and Noticing Agent (Docket No. 231) (filed by the United States Trustee, 1/18/2011)

   (B) Objection to Debtors' Motion for Entry of Order Appointing DLS Claims Administration, LLC as Claims, Balloting, and Noticing Agent (Docket No. 232) (filed by Branhaven, LLC, 1/18/2011)

   Related Documents: None.

   Status: This matter is going forward.

UNCONTESTED MATTERS GOING FORWARD

7. Debtors' Conditional Motion for Authority To Reject Leases of Non-Residential Real Property (Docket No. 215) (filed by the Debtors, 1/12/2011)

   Response Deadline: January 24, 2011, 12:00 p.m.

   Responses Filed: None.

   Related Documents:

   (A) Order Shortening Time and Limiting Notice (Docket No. 224) (entered by the Court)

   Status: **This matter is being withdrawn.**

CONTESTED MATTERS GOING FORWARD

8. Debtor's Motion for Authority to Employ and Pay Non-Bankruptcy Professionals in the Ordinary Course of Business (Docket No. 78) (filed by debtor MetaMorphix, Inc., 10/12/2010)

   Response Deadline:   October 28, 2010, 4:00 p.m.

   Responses Filed:

   (A)   United States Trustee's Limited Objection to the Motion for Authority To Employ and Pay Non-Bankruptcy Professionals in the Ordinary Course of Business (Docket No. 163) (filed by the United States Trustee, 12/3/2010)

   (B)   Joinder in and Supplement to Debtor's Motion for Authority to Employ and Pay Non-Bankruptcy Professionals in the Ordinary Course of Business (Docket No. 318) (filed by the Debtors, 3/4/2011)

   Related Documents:   None.

   Status:  This matter is going forward.

9. Debtors' Motion For (i) Approval Of Solicitation Procedures, Bidding Procedures, Sale Procedures, Including Form And Manner Of Notice Of Sale, And Procedures For The Assumption And Assignment, Or In The Alternative Rejection, Of Executory Contracts And Unexpired Leases Of The Debtors; (ii) Approval Of Assumption And Assignment, Or In The Alternative Rejection, Of Executory Contracts And Unexpired Leases; And (iii) Approval Of Sale Of Substantially All Of The Debtors' Assets Free And Clear Of Liens, Claims, Interests, And Other Encumbrances (Docket No. 217) (filed by the Debtors, 1/12/2011)

   Response Deadline:   January 24, 2011, 12:00 p.m.

   Responses Filed:

   (A)   Objection of Branhaven LLC to Debtors' Motion For (i) Approval Of Solicitation Procedures, Bidding Procedures, Sale Procedures, Including Form And Manner Of Notice Of Sale, And Procedures For The Assumption And Assignment, Or In The Alternative Rejection, Of Executory Contracts And Unexpired Leases Of The Debtors; (ii) Approval Of Assumption And Assignment, Or In The Alternative Rejection, Of Executory Contracts And Unexpired Leases; And (iii) Approval Of Sale Of Substantially All Of The Debtors' Assets Free And Clear Of Liens, Claims, Interests, And Other Encumbrances (Docket No. 240) (filed by the Branhaven LLC, 1/21/2011)

(B) Response of the Official Committee of Unsecured Creditors to the Debtors' Motion For (i) Approval Of Solicitation Procedures, Bidding Procedures, Sale Procedures, Including Form And Manner Of Notice Of Sale, And Procedures For The Assumption And Assignment, Or In The Alternative Rejection, Of Executory Contracts And Unexpired Leases Of The Debtors; (ii) Approval Of Assumption And Assignment, Or In The Alternative Rejection, Of Executory Contracts And Unexpired Leases; And (iii) Approval Of Sale Of Substantially All Of The Debtors' Assets Free And Clear Of Liens, Claims, Interests, And Other Encumbrances (Docket No. 243) (filed by the Official Committee of Unsecured Creditors, 1/24/2011)

(C) United States Trustee's Limited Objection to the Debtors' Motion For (i) Approval Of Solicitation Procedures, Bidding Procedures, Sale Procedures, Including Form And Manner Of Notice Of Sale, And Procedures For The Assumption And Assignment, Or In The Alternative Rejection, Of Executory Contracts And Unexpired Leases Of The Debtors; (ii) Approval Of Assumption And Assignment, Or In The Alternative Rejection, Of Executory Contracts And Unexpired Leases; And (iii) Approval Of Sale Of Substantially All Of The Debtors' Assets Free And Clear Of Liens, Claims, Interests, And Other Encumbrances (Docket No. 244) (filed by the U.S. Trustee, 1/24/2011)

(D) Limited Objection of Fred Hutchinson Cancer Research Center, Argus Genetics, LLC an Mars, Inc. to Debtors' Motion for Approval of Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Other Encumbrances (Docket No. 299) (filed by Fred Hutchinson Cancer Research Center, Argus Genetics, LLC and Mars, Inc., 2/25/2011)

(E) Limited Objection to American Bucking Bull, Inc. to Debtors' Motion for Approval of Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Other Encumbrances (Docket No. 316) (filed by American Bucking Bull, Inc., 3/3/2011)

Objections to Cure Amounts:

(F) Objection of Haussler Office Park, L.P. to Debtors' Notice of Proposed Cure Amount (Docket No. 273) (filed by Haussler Office Park, L.P., 2/15/2011)

(G) Objection Pursuant to Section 365 of the Bankruptcy Code to Assumption and Cure Amount Proposed by Debtors (Docket No. 290) (filed by American Angus Association, 2/23/2011)

(H) Objection of Beeftek, Inc. and PrimeBeefMarker, LLC to Notice of Debtors' Proposed Assumption and Assignment of Unexpired Leases and/or Executory Contracts (Docket No. 300) (filed by BeefTek, Inc. and Prime BeekMarker, LLC, 2/25/2011)

(I) Preliminary Objection of Hubbard S.A.S. to Debtors Potential Assumption and Assignment of Contract and Cure Amounts (Docket No. 301) (filed by Hubbard S.A.S., 2/26/2011)

(J) Contract Objection to Assumption Proposed by Debtors (Docket No. 303) (filed by Texas A&M University System, 2/25/2011)

**(K) Hubbard S.A.S.' (A) Further Objection to Debtor's Proposed Assumption and Assignment of Contract and Cure Amounts, and (B) Motion to File Exhibits Under Seal (Docket No. 323) (filed by Hubbard S.A.S.; 3/7/2011)**

Related Documents:

(A) Order Shortening Time and Limiting Notice (Docket No. 223) (entered by the Court, 1/13/2011)

(B) Order Approving Solicitation Procedures, Bidding Procedures, Sale Procedures, Including Form and Manner of Notice of Sale, and Procedures for the Assumption and Assignment, or in the Alternative Rejection, of Executory Contracts and Unexpired Leases of the Debtors (Docket No. 265) (entered by the Court, 2/2/2011)

(C) Order Approving Credit Bid of Branhaven (Docket No. 315) (entered by the Court, 3/3/2011)

**(D) Order Shortening Notice and Objection Period with Respect to Hubbard S.A.S.' Motion to File Exhibits to Further Objection Under Seal (Docket No. 331) (entered by the Court; 3/8/2011)**

Status: This matter is going forward.

10. Debtor's Motion For (A) Entry Of Interim and Final Orders (I) Approving Use Of Cash Collateral, (II) Providing For Adequate Protection, and (III) Scheduling Final Hearing On Use Of Cash Collateral (Docket No. 132) (filed by debtor MetaMorphix, Inc., 11/9/2010)

Response Deadline: December 30, 2010, 4:00 p.m., extended for Branhaven, LLC to January 3, 2011.

Responses Filed:

(A) Limited Objection to Debtor's Motion for (A) Entry of Interim and Final Orders (I) Approving Use of Cash Collateral, (II) Providing for Adequate Protection, and (III) Scheduling Final Hearing on Use of Cash Collateral (Docket No. 139) (filed by Christopher Paxos, 11/16/2010)

(B) Voelker's Consent to Debtor's Motion to Use of Cash Collateral (Docket No. 140) (filed by Frederick Voelker, 11/18/2010)

(C) Joinder to Debtor's Motion to Use Cash Collateral Motion For (A) Entry Of Interim and Final Orders (I) Approving Use Of Cash Collateral, (II) Providing For Adequate Protection, and (III) Scheduling Final Hearing On Use Of Cash Collateral (Docket No. 195) (filed by the debtor MMI Genomics, Inc., 12/22/2010)

(D) Objection to Notice of Final Hearing on Debtors' Use of Cash Collateral (Docket No. 208) (filed by Branhaven, LLC, 1/3/2011)

Related Documents:

(A) Interim Order (I) Authoring Debtor's Use Of Cash Collateral, (II) Granting Adequate Protection to Secured Creditors, and (III) Scheduling a Final Hearing (Docket No. 142) (entered by the Court, 11/18/2010)

(B) Second Interim Order (I) Authoring Debtor's Use Of Cash Collateral, (II) Granting Adequate Protection to Secured Creditors, and (III) Scheduling a Final Hearing (Docket No. 184) (entered by the Court, 12/14/2010)

(C) Notice of Final Hearing on Debtors' Use of Cash Collateral (Docket No. 197) (filed by the Debtors, 12/22/2010)

Status: This matter is going forward.

11. Debtors' Application to Employ Shapiro Sher Guinot & Sandler as Special Counsel (Docket No. 219) (filed by the Debtors, 1/12/2011)

Response Deadline: February 15, 2011, 4:00 p.m.

Responses Filed:

(A) Informal objections from the United States Trustee

(B) Objection of Branhaven LLC to Debtors' Application to Employ Shapiro Sher Guinot & Sandler as Special Counsel (Docket No. 275) (filed by Branhaven LLC, 2/16/2011)

Related Documents:

(A) Debtors' Amended Application to Employ Shapiro Sher Guinot & Sandler as Special Counsel (Docket No. 272) (filed by the Debtors; 2/10/2011)

Status: This matter is going forward.

12. Debtors' Motion for Extension of Exclusive Periods for Debtors to File a Plan and to Solicit Acceptances of a Plan (Docket No. 247) (filed by the Debtors, 1/25/2011)

Response Deadline: February 18, 2011, 4:00 p.m.

Responses Filed:

(A)  Objection of Branhaven LLC to Motion for Extension of Exclusive Periods for Debtors to File a Plan and to Solicit Acceptances of a Plan (Docket No. 288) (filed by Branhaven LLC, 2/18/2011)

Related Documents:   None.

Status:  This matter is going forward.

13. Debtors' Motion for Extension of Time to Assume or Reject Unexpired Leases of Non-Residential Real Property (Docket No. 248) (filed by the Debtors, 1/25/2011)

Response Deadline:   February 18, 2011, 4:00 p.m.

Responses Filed:

(A)  Objection of Centerpark Two, L.L.C. to (A) Debtors' Motion for Extension of Time to Assume or Reject Unexpired Leases of Non-Residential Real Property (B) Any Proposed Cure Notice; and Cross Motion for Order (X) Deeming Lease Rejected, (Y) Authorizing Application of Security Deposit and (Z) Allowing and Directing Payment of Administrative Expense (Docket No. 270) (filed by Centerpark Two, L.L.C., 2/4/2011)

(B)  Objection to Cross Motion for Order (X) Deeming Lease Rejected, (Y) Authorizing Application of Security Deposit and (Z) Allowing and Directing Payment of Administrative Expense (Docket No. 279) (filed by the Debtors, 2/18/2011)

Related Documents:   None.

Status:  This matter is going forward.

14. Debtors' Motion for Authority to Pay Critical Vendors Nunc Pro Tunc to the MMIG Petition Date (Docket No. 249) (filed by the Debtors, 1/25/2011)

Response Deadline:   February 18, 2011, 4:00 p.m.

Responses Filed:

(A)  Informal response by the United States Trustee

Related Documents:   None.

<u>Status</u>:  This matter is going forward.

Dated: March 8, 2011  
       Wilmington, Delaware

Respectfully submitted,

PINCKNEY, HARRIS & WEIDINGER, LLC

 **/s/ Adam Hiller**  
Adam Hiller (DE No. 4105)  
Kevin M. Capuzzi (DE No. 5462)  
1220 North Market Street, Suite 950  
Wilmington, Delaware 19801  
(302) 504-1497 telephone  
(302) 442-7046 facsimile

*Attorneys for the Debtors*