# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Metamorphix, Inc. |
| **Case Number:** | 10-10273-MFW   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 09, 2011 10:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matters:

1) Omnibus
   **R / M #:** 334 / 0

2) Sale
   **R / M #:** 0 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
- Items 1 through 6 - Continued
- Item 7 - Not going forward
- Item 8 - Order due under Certification of Counsel
- Item 9 - Order due under Certification of Counsel
- Item 10 - Continued
- Item 11 - Combined with matter 8
- Item 12 - Continued
- Item 13 - Two Orders entered
- Item 14 - Continued